Circuit Court for Cecil County
CC#07-K-12-000914

IN THE COURT OF APPEALS OF MARYLAND


No.118


September Term, 2013

---

STATE OF MARYLAND


v.


BRANDON CASH MORRIS

---


Barbera, C.J.
Harrell
Battaglia
Greene
Adkins
McDonald
Watts,

                    JJ.

---


PER CURIAM ORDER

---


Filed: July 21, 2014

---

STATE OF MARYLAND        *     IN THE

                                     *     COURT OF APPEALS

        v.                   *     OF MARYLAND

                                       *     No. 118

BRANDON CASH MORRIS      *     September Term, 2013

## PER CURIAM ORDER

The Court having considered and granted the petition for writ of certiorari in the above entitled case, it is this 21st day of July, 2014,

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals be, and it is hereby, vacated and the case is remanded to that Court for further consideration in light of <u>Nalls v. State</u>, 437 Md. 674, 89 A.3d 1126 (2014); <u>Melvin v. State</u>, 437 Md. 674, 89 A.3d 1126 (2014); <u>Szwed v. State</u>, 438 Md. 1, 89 A.3d 1143 (2014); and <u>Morgan v. State</u>, 438 Md. 11, 89 A.3d 1149 (2014). Costs in this Court to be paid by the Respondent, and costs in the Court of Special Appeals to abide the result.

/s/ Mary Ellen Barbera  
Chief Judge